**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-01085-CMA-BNB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

94 SILVER BARS WEIGHING 1840 OUNCES,
$20,767.00 IN UNITED STATES CURRENCY,
$18,060.00 IN UNITED STATES CURRENCY,
$4,000.00 IN UNITED STATES CURRENCY,
$1,580.00 IN UNITED STATES CURRENCY,
ONE YELLOW AND WHITE ROLEX WATCH, and
70 TROY SILVER COINS,

     Defendants.

---

## ORDER SETTING STATUS CONFERENCE

---

This matter is before the Court *sua sponte*. Upon review of the case file, the

Court notes that no action has been taken in this case since the filing of an Answer to

Amended Complaint (Doc. # 17) on August 27, 2009. Therefore,

IT IS ORDERED that a status conference is set for **March 15, 2010 at 9:00 a.m.**,

in Courtroom A602 of the Arraj Courthouse, to address the status of this case and to

discuss how the parties wish to move forward at this time. The Court will set aside 30

minutes for this conference. This status conference may be conducted by telephone

conference.  If the parties wish to participate by telephone, they should call Chambers

(303-335-2174) no later than March 12, 2010 to let that desire be known.

DATED:  March   08  , 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge