IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01085-CMA-BNB

UNITED STATES OF AMERICA,

Plaintiff,

v.

94 SILVER BARS WEIGHING 1840 OUNCES,
$20,767.00 IN UNITED STATES CURRENCY,
$18,060.00 IN UNITED STATES CURRENCY,
$4,000.00 IN UNITED STATES CURRENCY,
$1,580.00 IN UNITED STATES CURRENCY,
ONE YELLOW AND WHITE ROLEX WATCH, and
70 TROY SILVER COINS,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Amend the Scheduling Order to Extend the Discovery Cut-off Date** [docket no. 33, filed August 6, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows: discovery cut-off is extended to and including **December 6, 2010**; and the dispositive motion deadline is extended to and including **January 17, 2011**.

IT IS FURTHER ORDERED that the Pretrial Conference set for December 7, 2010, is **vacated and reset to March 24, 2011, at 8:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **March 17, 2011**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED: August 9, 2010