IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01085-CMA-BNB

UNITED STATES OF AMERICA,

Plaintiff,

v.

94 SILVER BARS WEIGHING 1840 OUNCES,
$20,767.00 IN UNITED STATES CURRENCY,
$18,060.00 IN UNITED STATES CURRENCY,
$4,000.00 IN UNITED STATES CURRENCY,
$1,580.00 IN UNITED STATES CURRENCY,
ONE YELLOW AND WHITE ROLEX WATCH, and
70 TROY SILVER COINS,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Second Unopposed Motion to Amend the Scheduling Order to Extend the Discovery Cut-Off Date** [docket no. 39, filed November 19, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.  Discovery cut-off is extended to and including **March 7, 2011**.  The deposition of James Hanley will firmly be reset to **February 11, 2011, at 9:00 a.m.**  The dispositive motions deadline is extended to and including **April 18, 2011**.

IT IS FURTHER ORDERED that the Pretrial Conference set for March 24, 2011, is **vacated and reset to June 24, 2011, at 8:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **June 17, 2011**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED:  November 22, 2010