IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01085-CMA-BNB

UNITED STATES OF AMERICA,

Plaintiff,

v.

94 SILVER BARS WEIGHING 1840 OUNCES,
$20,767.00 IN UNITED STATES CURRENCY,
$18,060.00 IN UNITED STATES CURRENCY,
$4,000.00 IN UNITED STATES CURRENCY,
$1,580.00 IN UNITED STATES CURRENCY,
ONE YELLOW AND WHITE ROLEX WATCH, and
70 TROY SILVER COINS,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Third Unopposed Motion to Amend the Scheduling Order and Vacate the February 11, 2011 James Hanley Deposition** [Doc. # 45, filed 2/9/2011] (the "Motion").

IT IS ORDERED that the Motion [Doc. # 45] is GRANTED, and the case schedule is modified to the following extent:

• The deposition of James Hanley set for February 11, 2011, is VACATED, to be reset to a date and time as the parties may agree;

• Discovery Cut-Off:        May 6, 2011

    (All discovery must be completed by the discovery cut-off.  All
    written discovery must be served so that responses are due on or
    before the discovery cut-off.)

• Dispositive Motion Deadline:        June 17, 2011

- The settlement conference set for March 2, 2011, at 10:00 a.m., is VACATED and RESET to **April 21, 2011, at 10:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  All settlement conferences that take place before the magistrate judge shall be confidential.  *Pro se* parties, attorneys, and client representatives with full authority to settle the case must be present at the settlement conference in person.  (NOTE: This requirement is not fulfilled by the presence of counsel alone.  If an insurance company is involved, an adjustor authorized to enter into settlement must also be present.) Each party shall submit a confidential settlement statement to the magistrate judge on or before **April 14, 2011**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and any other essential terms of a settlement.

- The final pretrial conference set for June 24, 2011, at 8:30 a.m., is VACATED and RESET to **August 17, 2011, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than August 10, 2011.

The parties are cautioned to use the extended time prudently and to bring any discovery disputes to the court's attention promptly.  **It does not appear that any further extensions are possible.**

DATED:  February 15, 2011