IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 09-cv-01085-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

94 SILVER BARS WEIGHING 1840 OUNCES,
$20,767.00 IN UNITED STATES CURRENCY,
$18,060.00 IN UNITED STATES CURRENCY,
$4,000.00 IN UNITED STATES CURRENCY,
$1,580.00 IN UNITED STATES CURRENCY,
ONE YELLOW AND WHITE ROLEX WATCH, and
70 TROY SILVER COINS,

    Defendants.

## FINAL ORDER OF FORFEITURE

    This matter is before the Court on the United States' Unopposed Motion for Final Order of Forfeiture (Doc. # 51). The Court having reviewed said Motion, FINDS:

    THAT the United States commenced this action in rem pursuant to 21 U.S.C. § 881;

    THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

    THAT sole claimant James Hanley, through the law firm of Harvey Steinberg, Esq., has filed a Verified Statement of Interest and Answer to the Verified Complaint;

THAT the United States and sole claimant James Hanley, through Harvey Steinberg, Esq., have reached a settlement in this case, and have filed a Settlement Agreement with the Court resolving all issues in dispute (Doc. # 50);

THAT no other claims to the defendant property have been filed;

THAT upon agreement of the parties, claimant James Hanley agrees to forfeit the following Defendant Property, which shall be forfeited to the United States pursuant to 21 U.S.C. § 881, and disposed of in accordance with law and the terms of the parties' Settlement Agreement:

   i.   94 Silver Bars Weighing 1840 Ounces;
   ii.  $18,060.00 in United States Currency;
   iii. $4,000.00 in United States Currency;
   iv.  $1,580.00 in United States Currency; and
   v.   70 Troy Silver Coins.

THAT upon agreement of the parties, the United States has agreed to return to claimant James Hanley, Defendants $20,767.00 in United States Currency and One Yellow and White Rolex Watch;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT judgment of forfeiture of the following Defendant Property shall enter in favor of the United States:

   i.   94 Silver Bars Weighing 1840 Ounces;
   ii.  $18,060.00 in United States Currency;
   iii. $4,000.00 in United States Currency;
   iv.  $1,580.00 in United States Currency; and
   v.   70 Troy Silver Coins;

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to all Defendant Properties, pursuant to 28 U.S.C. § 2465.

SO ORDERED this __29th__ day of June, 2011.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge